# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**INDIA SMITH**                                                                           **PLAINTIFF**

**v.**                                   **Case No. 3:22-cv-00198-KGB**

**TABLETOPS UNLIMITED INC.**                                      **DEFENDANT**

## ORDER

Before the Court is defendant Tabletops Unlimited, Inc. d/b/a TTU's ("TTU") unopposed motion for extension of time to answer (Dkt. No. 6). TTU requests an extension of time, up to and including November 7, 2022, to file and serve its answer, which it filed contemporaneously with the instant motion (*Id.*, ¶ 6).

For good cause shown, the Court grants the motion and deems timely TTU's answer filed on November 7, 2022 (Dkt. No. 6).

It is so ordered this 15th day of November, 2022.

_____
Kristine G. Baker
United States District Judge