IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**INDIA SMITH**                                                                                         **PLAINTIFF**

**v.**                              **Case No. 3:22-cv-00198-KGB**

**TABLETOPS UNLIMITED INC.**                                              **DEFENDANT**

## ORDER

Before the Court is defendant Tabletops Unlimited, Inc.'s unopposed motion for leave to amend its answer (Dkt. No. 14). On June 29, 2023, the Court entered its Final Scheduling Order (*Id.*, ¶ 2). The parties' deadline to seek leave to add parties or amend pleadings is October 30, 2023 (*Id.*). Defendant now timely seeks authority to amend its answer to add one affirmative defense (*Id.*, ¶ 3). Defendant states that this motion is unopposed and that the amendment is sought in good faith and not for the purposes of delay (*Id.*, ¶ 4). For good cause shown, the Court grants defendant's motion (Dkt. No. 14). The Court directs defendant to file the amended answer, currently attached as an exhibit to defendant's motion, as a separate filing within seven days of the entry of this Order.

It is so ordered this 1st day of November, 2023.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge