IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**INDIA SMITH**     **PLAINTIFF**

**v.**     **Case No. 3:22-cv-00198-KGB**

**TABLETOPS UNLIMITED INC.**     **DEFENDANT**

## ORDER

Before the Court is the motion filed by Rebecca V. Aroca to appear *pro hac vice* as counsel for defendant Tabletops Unlimited, Inc. (Dkt. No. 30). The Court grants the motion to admit Ms. Aroca *pro hac vice* pursuant to Local Rule 83.5(d). Ms. Aroca shall appear as counsel of record for defendant.

It is so ordered this 9th of April, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge