# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**INDIA SMITH**                                                                                                                **PLAINTIFF**

**v.**                                      **Case No. 3:22-cv-00198-KGB**

**TABLETOPS UNLIMITED INC.**                                                                **DEFENDANT**

## ORDER

Before the Court is the notice of withdrawal of counsel filed by defendant Tabletops Unlimited, Inc., which the Court construes as a motion for leave to withdraw (Dkt. No. 20). Defendant states that Kaitlyn E. Tucker has resigned from the law firm of Quintairos, Prieto, Wood & Boyer, P.A. (*Id.*). Defendant states that Minton P. Mayer will remain counsel of record for defendant (*Id.*). For good cause shown, the Court grants the motion and relieves Ms. Tucker as counsel for defendant in this matter.

It is so ordered this 16th day of April, 2024.

_____
Kristine G. Baker
Chief United States District Judge