IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**INDIA SMITH**                                                                             **PLAINTIFF**

v.                               Case No. 3:22-cv-00198 KGB

**TABLETOPS UNLIMITED, INC.**                                      **DEFENDANTS**

## ORDER

The Court will hold a pretrial hearing *via* telephone at 2:30 p.m., **Friday, April 19, 2024**, in Courtroom 4D at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas 72201.  The Court will circulate call-in information by separate email to counsel.

It is so ordered this the 18th day of April, 2024.

_____
Kristine G. Baker
Chief United States District Judge