# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**INDIA SMITH**                                                                                                         **PLAINTIFF**

**v.**                                       **Case No. 3:22-cv-00198-KGB**

**TABLETOPS UNLIMITED INC.**                                                    **DEFENDANT**

## ORDER

Before the Court is defendant Tabletops Unlimited, Inc.'s ("TTU") unopposed motion and combined memorandum to continue trial date (Dkt. No. 72). The motion recites that counsel for plaintiff India Smith agree and consent to the continuance (*Id.*, at 2). Counsel also jointly request that the Court refer this matter for a settlement conference (*Id.*). The Court conducted a pretrial conference on Friday, April 19, 2024 (Dkt. No. 71), during which the Court heard argument and ruled on many pending issues in this case. During the pretrial conference, counsel for TTU raised for the first time the possibility of a request for continuance of the trial date under the circumstances, despite this case being set for trial since the Court entered an Order on June 29, 2023 (Dkt. No. 12).

For good cause shown, the Court grants the unopposed motion to continue trial date (Dkt. No. 72). The Court will reset this matter for trial by separate Order. The Court also will address the parties' request for settlement conference by separate Order.

It is so ordered this 20th day of April, 2024.

                                                                     */s/ Kristine G. Baker*
                                                                     Kristine G. Baker
                                                                     Chief United States District Judge