# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**INDIA SMITH**                                                                                    **PLAINTIFF**

**v.**                              **Case No. 3:22-cv-00198-KGB**

**TABLETOPS UNLIMITED INC.**                                                      **DEFENDANT**

## ORDER

Before the Court is the status of this case. The Court previously continued the trial date in this case (Dkt. No. 73). In the parties' motion to continue the trial, the parties also jointly requested referral to a settlement conference before a United States Magistrate Judge (Dkt. No. 72, at 2). For good cause shown, the Court grants this request and refers this matter to United States Magistrate Judge Joe J. Volpe to schedule and conduct a settlement conference between the parties.

It is so ordered this 9th day of August, 2024.

_____
Kristine G. Baker
Chief United States District Judge