IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**INDIA SMITH**                                                                                    **PLAINTIFF**

v.                                    Case No. 3:22-cv-00198 KGB

**TABLETOPS UNLIMITED, INC.**                                                    **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 91). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice and without costs to either party.

It is so ordered this 25th day of August 2025.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge